IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHRYN BRENNAN-BRICK | ) | 8:06CV 713 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARSH & McLENNAN COMPANIES, INC., and THE HARTFORD LIFE INSURANCE COMPANIES, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion for Leave to Amend the Complaint (#13) and on the Stipulation (#12) of the parties agreeing to said Motion. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff is granted leave to file an Amended Complaint by the close of business on the day following entry of this Order and Defendants shall have until January 30, 2007, to file an Answer or other responsive pleading.

DATED this 25th day of January, 2007.

BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge

1

Approved:

        KATHRYN BRENNAN-BRICK, Plaintiff,

BY:   /s/ Robert V. Broom
       Robert V. Broom - #10444
       BROOM, JOHNSON, CLARKSON & LANPHIER
       1722 St. Mary's Avenue
       310 Flatiron Building
       Omaha NE 68102
       (402) 346-8323
       Attorney for Plaintiff

MARSH & McLENNAN COMPANIES INC., Defendant,

BY:   /s/ Marcia A. Washkuhn
       Marcia A. Washkuhn, #21022
       KUTAK ROCK LLP
       The Omaha Bldg.
       1650 Farnam St.
       Omaha NE 68102
       (402) 346-6000
       Its Attorney

HARTFORD LIFE INSURANCE COMPANIES, Defendant,

BY:   /s/ Juliana Reno
       Juliana Reno, #20141
       Andrew W. Muller, #22550
       STINSON MORRISON HECKER LLP
       1299 Farnam St., #1501
       Omaha NE 68102
       (402) 342-1700
       Its Attorneys